UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERALDINE HARTSON,

      Plaintiff,

                                       Case No. 1:23-cv-197

v.

                                       HON. JANE M. BECKERING

COMPWEST INSURANCE COMPANY,

      Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that the Second Amended Complaint (ECF No. 52) is

DISMISSED WITH PREJUDICE.

This case is closed.

Dated:  July 9, 2024                                  /s/ Jane M. Beckering
                                             JANE M. BECKERING
                                             United States District Judge